**No. 10-8298. Larry M. Wisenbaker, Petitioner v. Craig Farwell, Warden, et al.**

562 U.S. 1241, 131 S. Ct. 1528, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1681.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 192.

■■■■

**No. 10-8299. Clinton Williams, Petitioner v. United States.**

562 U.S. 1241, 131 S. Ct. 1528, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1679.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 399 Fed. Appx. 113.

■■■■

**No. 10-8300. Nathaniel Turner, Petitioner v. Michael C. Barone, Superintendent, State Correctional Institution at Forest, et al.**

562 U.S. 1241, 131 S. Ct. 1528, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1564.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

■■■■

**No. 10-8304. Kevin Brunn, Petitioner v. United States.**

562 U.S. 1241, 131 S. Ct. 1529, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1552.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 631.

■■■■

**No. 10-8307. Yamil Rivera-Kader, aka Llamil Kader, Petitioner v. United States.**

562 U.S. 1241, 131 S. Ct. 1529, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1658.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 399 Fed. Appx. 146.

■■■■

**No. 10-8308. Michael T. Stephens, Petitioner v. Gary Kubic, et al.**

562 U.S. 1242, 131 S. Ct. 1529, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1674.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 235.

■■■■

**No. 10-8310. Mahmoud Shamah, Petitioner v. United States.**

562 U.S. 1242, 131 S. Ct. 1529, 179 L. Ed. 2d 345, 2011 U.S. LEXIS 1656.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 624 F.3d 449.